**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

IN RE BAIR HUGGER FORCED AIR WARMING PRODUCTS LIABILITY LITIGATION

MDL No. 15-md-2666 (JNE/DTS)

This Document Relates to:
Russell Taliaferro,
v.
3M Company, et al.,
17-cv-5204

**REPORT AND RECOMMENDATION**

---

Defendants request dismissal of this case for failure to prosecute based on Plaintiff Russell Taliaferro's failure to comply with his discovery obligations. Dkt. No. 39.

Under Federal Rule of Civil Procedure 41(b), a defendant may move to dismiss an action "[i]f the plaintiff fails to prosecute or to comply with these rules or a court order." Fed. R. Civ. P. 41(b). "MDL courts must be given greater discretion to organize, coordinate and adjudicate its proceedings, including the dismissal of cases for failure to comply with its orders." *In re Guidant Corp. Implantable Defibrillators Prods. Liab. Litig.*, 496 F.3d 863, 867 (8th Cir. 2007).

In November 2025, Defendants reported that Taliaferro had not provided written discovery responses or dates for his deposition. Dkt. No. 16. The Court ordered Taliaferro to provide the requested discovery responses and offer a deposition date on or before December 19, 2025. Dkt. Nos. 18–20. Taliaferro failed to comply. Dkt. No. 21. After requesting an update from the parties on the status of discovery, the Court moved Taliaferro's case to group five—extending the deadlines to complete discovery—instead of granting Defendants' request for dismissal. Dkt. Nos. 22–28. In May 2026, Defendants requested dismissal once again, asserting Taliaferro had not provided verified, written

discovery responses, nor provided a date for Taliaferro's deposition. Dkt. No. 31. The Court ordered Taliaferro to provide the requested discovery responses and offer a deposition date on or before June 30, 2026. Dkt. No. 33. Even after the Court extended this deadline to July 17, 2026, Taliaferro still failed to comply. Dkt. No. 39. His repeated failure to comply with discovery orders merits dismissal under Rule 41(b).

For the reasons set forth above, the Court RECOMMENDS THAT: This action be DISMISSED without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

Dated: July 27, 2026

s/ David T. Schultz
DAVID T. SCHULTZ
United States Magistrate Judge

## NOTICE

**Filing Objections:** This Report and Recommendation is not an order or judgment of the District Court. It is not appealable directly to the Eighth Circuit Court of Appeals.

Under Local Rule 72.2(b)(1), "a party may file and serve specific written objections to a magistrate judge's proposed finding and recommendations within 14 days after being served a copy" of the Report and Recommendation. A party may respond to those objections within 14 days after being served a copy of the objections. LR 72.2(b)(2). All objections and responses must comply with the word or line limits set for in LR 72.2(c).